# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

ALFREDO GARCIA-GARCIA,     *
                                  *
         Petitioner,         *     CV 516-42
                                  *
    v.                             *
                                  *
UNITED STATES OF AMERICA,    *
                                  *
         Respondent.         *

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 8:28 am, May 26, 2017

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 13, to which Petitioner Alfredo Garcia-Garcia ("Garcia-Garcia") failed to file any Objections.

Accordingly, the Court **DISMISSES** Garcia-Garcia's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Garcia-Garcia leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this ___25___ day of ___May___, 2017.

                                               _____
                                               HON. LISA GODBEY WOOD, JUDGE
                                               UNITED STATES DISTRICT COURT
                                               SOUTHERN DISTRICT OF GEORGIA